HARRIET A. KELLAR, Plaintiff, v. JOSEPH B. RICH-
ARDSON and GEORGE SCHERMERHORN, Defendants.

*Evidence.*

Exceptions ordered to be heard in the first instance at General
Term, after a verdict for plaintiff. The action was brought to
recover a sum of money paid by plaintiff on a contract for a pur-
chase of a cheese factory. One of the points litigated was, whether
the defendants, in the contract which was made by them with the
plaintiff, acted or agreed to contract with her in their own names,
or whether the agreement was made and understood to be made
by them as agents of the owners. The only point discussed at
General Term was as to the competency of a question put to
plaintiff on her own behalf, and answered by her under objection
by defendant: ". To whom did you look for performance of the
contract?" The General Term *held,* that her answer showed merely
her thoughts and not her acts, and was not competent evidence.

*B. T. Wright,* for plaintiff.    *H. Ballard* and *W. H. Warren,* for
defendants.

Opinion by Learned, P. J.

Present — Learned, P. J., Boardman and James, JJ.

New trial granted, costs to abide the event.

---

HUDSON B. HYDE, Respondent, v. ENOS STIMSON and
OTHERS, Appellants.

Appeal from a judgment in favor of the plaintiff, entered on the
report of a referee. The appeal involved only a determination of
a question of fact. The General Term found the report of the
referee such a mixture of facts and conclusions of law, that it was
impossible to review it, and therefore ordered a new trial.

*F. M. Finch,* for appellants.    *W. W. Hare,* for respondent.

Opinion by James, J.

Present — Learned, P. J., Boardman and James, JJ.

Judgment reversed, new trial granted, costs to abide the event,
and referee discharged.